# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN ANTHONY BLAIN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:17-cv-01727-MHH-SGC |
| JEFF SESSIONS, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

When petitioner John Anthony Blain filed his 28 U.S.C. § 2241 petition in this matter, he was in the custody of Immigration and Customs Enforcement (ICE) officials at the Etowah County Detention Center, and he challenged his continued detention. (Doc. 1).

On May 24, 2018, the respondents filed a motion to dismiss this action as moot because Mr. Blain was removed from the United States to Gambia on May 16, 2018. (Doc. 8; Doc. 8-1). A court must dismiss a case as moot if the court no longer can provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (citations omitted).

In his petition, Mr. Blain asks the Court to order his release from ICE custody. Because the record demonstrates that Mr. Blain no longer is in ICE

custody, the Court cannot provide meaningful relief, and Mr. Blain's petition is moot. Accordingly, the Court will grant the respondents' motion to dismiss.

The Court will enter a separate final order.

**DONE** and **ORDERED** this May 25, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE